FILED
11/05/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

**(for filers who are prisoners without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** SOUTHERN **DISTRICT OF** TERRE HAUTE-INDIANA

(Full name of plaintiff(s))

KENTE BARKER

vs

Case Number:

2:21-cv-413-JPH-DLP

(to be supplied by clerk of court)

(Full name of defendant(s))

ROBERT CARTER JR.

GWENDOLYN M. HORTH

CHARLES F. MILLER

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
(State)

6908 S. Old US HWY 41, Carlisle IN 47838
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Robert Carter Jr. Commissioner I. D.O.C.
(Name)

is (if a person or private corporation) a citizen of INDIANA
(State, if known)

and (if a person) resides at Indiana Gov. Center-South 5th fl, 302 W. Washington St. Indpls, Ind. 46204
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Indiana Department of Corrections-Ind. Gov. Center-South 5th fl, 302 W. Washington St. Indpls, IN 46204 (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Indiana Codes 11-13-3-8, 11-13-3-9, 11-13-3-10, are all unconstitutional and do not conform to Federal law, because they do not instruct to notify Parolees have a right to counsel.

2. Gagnon v. Scarpelli, 411 U.S. 778, 93 S.Ct 1756 (1973); Gasca v Precythe 500 F. Supp. 3d. 830, 859 (2020 8th cir) Provides guidance on Parolees right to Notice of counsel and absolute Right to counsel.

3. Barker was entitled to Notice of Counsel and to have his Parole Revocation allegations and evidence evaluated pursuant to Gagnon at 779 and Precythe at 859.

4. On Oct. 17, 2019, Barkers Parole officer, Denise Jackson visited him at the marion County Jail to Notify Barker of his Parole Revocation.

5. Mrs. Jackson never Notified Barker that he had the right to counsel.

6. Mrs. Jackson had Barker sign a waiver of rights form that did not notify Barker of the serioousness of the allegations or the consequences he faced.

7. Mrs. Jackson coerced Barker and lied to him when she told Barker he had to waive his rights to his preliminary hearing in order to speed up the revocation process, to see the Parole Board, to fight for his freedom.

8. Mrs. Jackson ~~took~~ the waiver of rights form with her and did not provide Barker with a copy.

9. The Parole Boards policies and procedures used, denied Barker his Parole Revocation Report, Arrest Warrant, and Transmittal Action Report.

10. On Dec. 5, 2019, Jan. 6, 2019, Feb. 10, 2020, Barker requested these documents during all three Revocation hearings. Bankers requests fell on deaf ears.

11. Barker wrote the Parole Board 8 letters between October 11, 2019 and February 10, 2020, to acquire these documents.

12. Barker had to file a Public Records Request on Feb. 19 2020 to acquire the Parole Revocation Report, Arrest Warrant, Transmittal action Report. Barker was already found guilty. when he recieved them.

13. The Parole Board members told Barker the Arrest Warrant was lawfully issued and that he did not need it, on Feb. 10, 2020, while in the Revocation hearing.

14. The Parole Board do not supply an Appeal Process to appeal their decisions. Barker could not appeal their decisions.

15. The Conditional Parole Release Agreement is misleading. Section 9(h) allows for a search only, but I.D.O.C. officials seized legally held property from Barkers home on Oct. 11, 2019. In violation of the 4th Amendment of the U.S. Constitution.

16. The Parole Boards, Evidence Relied Upon and Findings of Fact Report, used by its members is Boilerplate and did not conform to Barker or individuals.

17. The Information on the document is not explicit nor detailed which leads to confusion. In violation of the 14th Amendment, Due process, of the U.S. Constitution.

18. Barkers report list all miscelaneous information of all sorts, which is confusing.

19. Barker alledges 4th Amendment U.S. Constitutional Violations.
20. Barker alledges 6th Amendment U.S. Constitutional Violations.
21. Barker alledges 14th Amendment U.S. Constitutional Violations.

C. JURISDICTION

[X] I am suing for a violation of federal law under: 42 U.S.C. 1983

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Temporary Restraining Order, Estopping the Department of Corrections and the Parole Department from denying Barkers Due Process

Preliminary Injunction, Ordering the Indiana Department of Corrections and Parole Department to comply with Federal Procedural Due Process and access to counsel.

Declaratory Judgement, Ordering the Department of Corrections Parole Department to comply with Federal Procedural Due Process and access to counsel.

Barker does not request a speedier release.

Barker request that the practice, policies, and Indiana Code 11-13-3-8, 11-13-3-9, 11-13-3-10, conform to Federal law.

4th, 6th, 14th Amend. U.S. Constitution

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 29 day of october 20 21.

Respectfully Submitted,

Kete Barker
Signature of Plaintiff

965049
Plaintiff's Prisoner ID Number

6908 S. old U.S. HWY 41, Carlisle, IN 47838

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

List of Defendants

(1) Robert Carter Jr. Commissioner of I.D.O.C.
(2) Gwendolyn M. HORTH, Chair of Parole Board
(3) Charles F. Miller Vice chair of Parole Board
(4) Parole Officer Denise Jackson
(5) Drew Adams of the Parole Department
(6) Frederick Medley of the Parole Board
(7) Thor Miller of the Parole Board
(8) James Shaffer of the Parole Board